UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:   CHAPTER 13
                    CASE NO. 14-48533-PJS
DANIEL HOWARD ASH,  JUDGE PHILLIP J SHEFFERLY
JODI ANN ASH
Debtors.
_____/

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Based upon the debtor husband's pay stubs provided, it appears debtor has understated the income disclosed on Schedule I by $704.00 per month (Y-T-D) or $400.00 per month (average). Trustee requires debtor to file an amended Schedule I and increase the best effort accordingly.

2. Based upon the debtor wife's pay stubs provided, it appears debtor has understated the income disclosed on Schedule I by $960.00 per month (Y-T-D) or $990.00 per month (average). Trustee requires debtor to file an amended Schedule I and increase the best effort accordingly.

3. Trustee requires verification of debtors' auto insurance and prescription expenses.

4. The Trustee objects to the inconsistent statements regarding amount of attorney fees in debtors' 2016(b) statement and paragraph 9 of the Statement of Financial Affairs. Without this information, your Trustee is unable to properly administer this proceeding.

5. The Trustee objects to Line 29 of the Means Test as the amount exceeds debtors' actual deduction disclosed on Schedule I and/or actual expense disclosed on Schedule J and affects the disposable income determination.

6. The Trustee objects to Line 30 of the Means Test as the amount exceeds debtors' actual expense and affects the disposable income determination.

7. Trustee requires verification of debtors' mandatory retirement deduction on Line 31 of the Means Test.

8. Based on Trustee's line item objections to the Means Test, Trustee objects to debtor's failure to propose payment of $28,774.80 to unsecured creditors, as debtor's Monthly Disposable Income under 11 U.S.C. § 1325(b)(2) is $479.58, which when multiplied by the applicable 60 month commitment period yields $28,774.80, which exceeds the amount available to unsecured creditors as disclosed on Line 8 of the Worksheet in the amount of $2,810.03.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtors' Chapter 13 Plan.

                    OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
                    Krispen S. Carroll, Chapter 13 Trustee

July 10, 2014       /s/ Margaret Conti Schmidt
                    KRISPEN S. CARROLL (P49817)
                    MARGARET CONTI SCHMIDT (P42945)
                    MARIA GOTSIS (P67107)
                    719 Griswold Street
                    Suite 1100
                    Detroit, MI  48226
                    (313) 962-5035
                    notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

DANIEL HOWARD ASH,
JODI ANN ASH
Debtors.
_____/

CHAPTER 13
CASE NO. 14-48533-PJS
JUDGE PHILLIP J SHEFFERLY

**CERTIFICATE OF MAILING**

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

KOSTOPOULOS & ASSOCIATES
THE FRESH START CENTER PLLC
30800 VAN DYKE STE 204
WARREN, MI 48093-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

DANIEL HOWARD ASH
JODI ANN ASH
50872 POLK DR
PLYMOUTH, MI 48170-0000

July 11, 2014                    /s/ Barbara A. Ecclestone
                                 Barbara A. Ecclestone
                                 For the Office of the Chapter 13 Trustee-Detroit
                                 719 Griswold Street
                                 Suite 1100
                                 Detroit, MI 48226
                                 (313) 962-5035
                                 notice@det13ksc.com